

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00044-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9639
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 14, 2018.

_____
Irene Rios, Justice